No. 04–9048. RAYMER v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 04–9049. ROSE v. BERNAD ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9050. SOSA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9053. HICKS v. COLLINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9057. CRITTENDEN v. GARZA ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9058. SCHLUETER v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9062. CASTILLO v. HUBERT ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–9065. MACARTHUR v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9067. WOLFE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9071. PELLETIER v. COLEMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–9077. COVINGTON v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9080. DONAHOU v. DONAHOU. Ct. Civ. App. Okla. Certiorari denied.

No. 04–9081. CRAWFORD ET UX. v. LUSTIG ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 04–9086. HOLLIS v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.